UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 24-8011-GW-AJRx | Date | December 23, 2024 |
|---|---|---|---|
| Title | *William Kostroun v. Guy Fox LLC* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:   IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On December 20, 2024, Plaintiff William Kostroun filed a Notice of Settlement [13]. The Court vacates all currently set dates, with the expectation that a dismissal will be filed within 45 days. The Court sets an order to show re: settlement hearing for February 6, 2025 at 8:30 a.m. The hearing will be vacated provided a notice of dismissal is filed by noon on February 4, 2025.

| | : |
|---|---|
| Initials of Preparer | JG |